*Paul A. Sweeney, Bernard Cedarbaum* and *Willard W. Gatchell* for petitioner in No. 694. *John T. Cahill* for the Texas Gas Transmission Corporation, and *William S. Tarver* for the Southern Natural Gas Co., petitioners in No. 695. With them on the petition in No. 695 were *Richard J. Connor* and *Daniel James. Reuben Goldberg* for the Memphis Light, Gas and Water Division et al., respondents. *Roger Arnebergh, John C. Banks, Peter Campbell Brown, E. R. Christensen, J. Elliott Drinard, Marshall F. Hurley, J. Frank McKenna, John C. Melaniphy, Charles S. Rhyne* and *J. Parker Connor* filed a brief for the Member Municipalities of the National Institute of Municipal Law Officers, as *amici curiae,* in opposition to the petitions for writs of certiorari. Reported below: 102 U. S. App. D. C. 77, 250 F. 2d 402.

No. 660. KOPPERS CO., INC., ET AL. *v.* OTTO. C. A. 4th Cir. Certiorari denied. *Jo. Baily Brown, John M. Crimmins* and *Wright Hugus* for petitioners. *W. Brown Morton, Jr.* for respondent.

No. 675. MILLER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. *John J. Dillon* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *Harry Baum* for respondent.

No. 676. SCHLESINGER *v.* GATES, SECRETARY OF THE NAVY. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Osmond K. Fraenkel* and *Burton R. Thorman* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Paul A. Sweeney* for respondent.